UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANGIE ESPINAL, *on behalf of herself and all other persons similarly situated*,

                      Plaintiff,

-v-

LEISURE TIME TOURS,

                      Defendant.

23-CV-4982 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    Defendant was served on June 30, 2023. However, no appearance has been entered on Defendant's behalf, and no response to the complaint has been filed in the allotted time. Plaintiff has not moved for a default judgment.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendant or its counsel regarding a response to the complaint.

    If Plaintiff fails by October 18, 2023 to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

    Plaintiff is directed to serve a copy of this order by mail on Defendant.

    SO ORDERED.

Dated: October 3, 2023
       New York, New York

                                                    _____
                                                        J. PAUL OETKEN
                                                 United States District Judge